UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROSCOE R. MCWILLIAMS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV609 RWS |
| | ) | |
| CHASE HOME FINANCE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion to request the Court to "contact Chase Home Finance, LLC, by telephone, by the FBI, or the F.D.I.C. to obtain their legal address to which personal service of this summons and amended complaint can be delivered." Plaintiff, who is proceeding pro se, requests this information because he "is disabled with limited means and resources." Plaintiff's motion goes on to request that "if nothing else, it would be appreciated if electronic service would be provided to expedite this matter." Plaintiff has unsuccessfully attempted to serve the defendant in this case. Plaintiff's motion will be denied. It is plaintiff's responsibility to obtain the proper address for service of process upon defendant, and service must be accomplished in conformity with the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's pro se motion [#13] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2009.