UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROSCOE R. MCWILLIAMS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV609 RWS |
| | ) | |
| CHASE HOME FINANCE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its review of the file. Plaintiff has

submitted multiple copies of two memoranda regarding service. In the future,

plaintiff shall submit to the Clerk's Office only one copy of a document for filing.

The Clerk of the Court will no longer file multiple copies of the same document

submitted by plaintiff. In these memoranda, plaintiff notes a change of address for

defendant, presumably from correspondence sent to plaintiff by defendant.

Plaintiff then requests service of the summons and complaint by mail at this new

address. The Federal Rules of Civil Procedure do not provide for service in the

manner requested by plaintiff, so his request will be denied. Plaintiff is expected

to comply with the Federal Rules of Civil Procedure while prosecuting this action

pro se. Finally, as stated in the previous Order entered this week, the Clerk of the

Court is prepared to issue summons for service to the correct address for service of

process provided by the defendant during the last service attempt by the United States Marshal (which is not the address submitted by plaintiff), unless plaintiff elects to request waiver of summons. Plaintiff must notify the Clerk of the Court of his decision in the manner prescribed by the last Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit to the Clerk's Office only one copy of a document for filing. The Clerk of the Court will no longer file multiple copies of the same document submitted by plaintiff.


RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2009.