UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROSCOE R. MCWILLIAMS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV609 RWS |
| ) | |
| CHASE HOME FINANCE, LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motions to reconsider my Order denying him appointment of counsel [#41] and the Clerk's Order dated September 17, 2009 denying entry of default [#11]. Plaintiff's claims against defendant were dismissed on May 4, 2010. Plaintiff has presented no new factual or legal arguments that would cause me to believe that the prior Orders are erroneous. Therefore, plaintiff's motions for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions for reconsideration [#45 and #46] are denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of May, 2010.